■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GRANT CARLE, Appellant. [993 NYS2d 918]—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Efman, J.), rendered April 1, 2013, convicting him of conspiracy in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his challenge to the factual sufficiency of the plea allocution (*see People v Devodier*, 102 AD3d 884 [2013]; *see generally People v Brown*, 122 AD3d 133 [2d Dept 2014]). Mastro, J.P., Chambers, Cohen and Barros, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODOLFO CHY, Appellant. [993 NYS2d 917]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Melendez, J.), rendered February 26, 2013, convicting him of attempted criminal possession of a forged instrument in the second degree, upon his plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgment is affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see Anders v California*, 386 US 738 [1967]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Dillon, J.P., Dickerson, Roman and Sgroi, JJ., concur.